

**ORDERED in the Southern District of Florida on March 19, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| IN RE: | BK CASE NO. 19-18996-AJC |
|---|---|
| MARIA M. VALLEJO | CHAPTER 13 |
| Debtor. | |

**ORDER GRANTING MOTION TO COMPEL PRE-CONFIRMATION
DISBURSEMENT TO SECURED CREDITOR [D.E. 58]**

This case came before the Court during the consent calendar for consideration of the Motion to Compel Pre-Confirmation Disbursement to Secured Creditor [D.E. 58] filed by U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B ("**Creditor**). It is ORDERED:

1. The Motion to Compel Pre-Confirmation Disbursement to Secured Creditor is GRANTED in part.

2. Trustee shall as soon as reasonably practicable based on the Trustee's payment cycle pay to Creditor in one lump sum the funds on hand for Creditor as provided for in Debtor's Chapter 13 Plan.

24211.22282.24

3. Creditor must contact the Trustee with a written request for each future pre-confirmation disbursement.

###

Order Submitted by:
Allison D. Thompson
The Solomon Law Group
1881 West Kennedy Blvd.
Tampa, Florida 33606-1611

Attorney Allison D. Thompson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

24211.22282.24

2