

**ORDERED in the Southern District of Florida on March 25, 2020.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

                                             CASE NO.: 19-18996-AJC

MARIA M VALLEJO
 AKA MARIA MERCEDES VALLEJO TAMAYO

                                             CHAPTER: 13

                Debtor(s).

_____/

### ORDER DENYING SECURED CREDITOR'S MOTION FOR PRECONFIRMATION DISBURSEMENT

       This case came on for consideration without hearing on the Motion for Pre-confirmation

Disbursement with regard to property 18181 NE 31 CT Apt. 1610 filed by SELECT PORTFOLIO

SERVICING, INC., SERVICER FOR U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE6, ASSET-BACKED CERTIFICATES SERIES 2006-HE6 [DE66] (the "Motion").  An Order of Dismissal [DE72] was entered on March 23, 2020.   Accordingly, it is:

**ORDERED**:

1.  According to #3 of the Dismissal Order [DE72], all pending motions are denied as moot.

2.  Also, according to #4 of the Order Reinstating Chapter 13 Case [DE 56], in the event of dismissal, all funds in possession of the Trustee are non-refundable and shall be disbursed on a pro rata basis.

3.  Therefore, the Motion [DE66] is denied as moot and without prejudice.

###

Submitted by: Brian L. Rosaler, Popkin & Rosaler, P.A., 1701 W. Hillsboro Blvd. Ste. 400, Deerfield Beach, FL 33442, bankruptcy@popkinrosaler.com 954-360-9030

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Maria M Vallejo
18181 NE 31 CT Apt. 1610
North Miami Beach, FL 33160

Michael Marcer
3850 Bird Road, Penthouse I
Coral Gables, FL 33146

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

16-43665B2