## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO.: **19-18996-AJC**
**Maria M Vallejo**  CHAPTER **13**

_____DEBTOR_____/

### *EMERGENCY* MOTION TO REINSTATE CHAPTER 13 CASE

**COMES NOW, Maria M Vallejo** (the "Debtor') by and through the undersigned counsel and moves for an Order Reinstating Chapter 13 Case and pursuant to 11 U.S.C. §362(c)(2)(b), under Rule 59 and 9023 as reasons thereof states as follows:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on **July 5, 2019.**
2. On **March 23, 2020,** the Court entered and Order Granting Trustee's Request for Order Dismissing Case Upon Denial of Confirmation of Plan (Re: # 68 ) [DE 72].
3. The Debtor would like the opportunity to reinstate her Chapter 13 Case in order save her homestead and investment property via cure and maintain.
4. Undersigned has complied with the Trustee's deficiency notice prior to the dismissal.
5. The Debtor has requested that this motion be heard on an emergency calendar as there is is resumed activity as of **April 7, 2020** under state case court number **2016-029854-CA-05.**
6. Due to the Covid19, the debtor was out of the country and was unable to reinstate timely.
7. The Debtor seeks this motion in good faith and not for the purpose of any delay.

### CERTIFICATION OF FUNDS

**COMES NOW** the Attorney for the Debtor, **Maria M Vallejo** and files this Certification of Funds Notice in this bankruptcy cause and states:

*Pursuant to Local Rule 9013-1(E), the undersigned attorney is holding* **$0.00**

**WHEREFORE**, the Debtor requests this Court enter an order reopening his Chapter 13 case and any other relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing Motion was served this 13$^h$ day of April 2020 to all parties eligible to receive electronic notices and all parties on the attached matrix.

**CERTIFICATE OF COMPLIANCE**

*I certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)*

**MARRERO, CHAMIZO, MARCER LAW L.P.**
Attorneys for Debtors
3850 Bird Road, Penthouse 1
Coral Gables, FL 33146
Tel: (786) 431-2770
Fax: (305) 444-5538
E-mail:bankruptcy@MareroLawFirm.com
By: /s/ Julio C. Marrero, Esq.
    FBN: 784664