UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 19-18996-AJC

MARIA M VALLEJO
    Debtor
_____/

RESPONSE TO EMERGENCY MOTION TO REINSTATE

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Response to the Emergency Motion to Reinstate and states as follows:

1) The motion states that the debtor is current with her payments.

2) The Debtor would need to pay $32,769.87 to be current under the proposed Third Amended Plan.

3) There are unresolved issues that the Debtor attorney has failed to address including:

    a) The Third Amended Plan still does not fund properly, the plan should have the Debtor pay $5,648.87 for months 1 - 4, $8,758.88 for months 5 - 12 and , $8,666.28 for month 13 - 60.

    b) The Third Amended Plan still has the incorrect creditor address for SPS (POC #3) in Section III.A#4 &

    c) The Third Amended Plan still has the incorrect creditor address for US Bank (POC #5.1 in Section III.A#5)

    d) The Third Amended Plan contains typographical errors including the failure to disclose if real property is principal residence or other on Section III.A. 1, Section III.A. 2, Section III.A. 3, and Section III.A. 6

    e) The Third Amended Plan contains typographical errors include the failure to

disclose if the regular payment includes escrow in Section III.A.1, Section III.A. 2, Section III.A. 3, and Section III.A. 6

WHEREFORE, the Trustee requests that Debtor's counsel file a Fourth Amended Plan and provide the Trustee with evidence that the Debtor is current with her payments at least 2 business days prior to the reinstatement hearing.

        RESPECTFULLY SUBMITTED:
        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL 33027-9806

By: /s/_____
      Amy E. Carrington, Esq.
      *Senior Staff Attorney*
      FLORIDA BAR NO: 101877

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this and the Notice of Hearing was served through NEF on debtor's attorney and by US First Class Mail to the following on _____:

/s/_____
Amy E Carrington, Esq