UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

                                                     CASE NO.: 19-18996-AJC

MARIA M VALLEJO
AKA MARIA MERCEDES VALLEJO TAMAYO
                                                   CHAPTER: 13

               Debtor(s).
_____/

**SECURED CREDITOR'S RESPONSE IN OPPOSITION TO DEBTOR'S EMERGENCY MOTION TO REINSTATE CASE. [DE76]**
*(Re property: 18181 NE 31 CT Apt. 1610, Aventura, FL 33160)*

      **COMES NOW**, SELECT PORTFOLIO SERVICING, INC., SERVICER FOR U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE6, ASSET-BACKED CERTIFICATES SERIES 2006-HE6 ("Secured Creditor"), by and through its undersigned counsel, files this Response in Opposition to Debtor's Emergency Motion to Reinstate Case [DE76] (the "Motion"), and in support, respectfully alleges the following:

1. On April 13, 2020, Debtor filed an Emergency Motion to Reinstate Case [DE 76], alleging she was current with plan payments, complied with the Trustee's deficiencies prior to the dismissal, and Debtor's counsel was holding $0.00.

2. Secured Creditor holds a security interest in real property located at 18181 NE 31 CT Apt. 1610, Aventura, FL 33160. According to the Miami-Dade County Property Appraiser's website, Debtor is not receiving a homestead exemption.

3. Secured Creditor affirms that a Proof of Claim [Claim 3] was filed on August 7, 2019 in the secured amount of $372,958.53 with $60,119.96 in arrears and $1,466.40 as the monthly payment.

4. The Trustee's Response to Debtor's Motion [DE 78] outlines various deficiencies that have not been corrected, in addition to Debtor owing $32,769.87 to be current.

5. Creditors Biscayne Cove Condo [DE79] and U.S. Bank [DE80] each filed their own respective objection to Debtor's Motion laying out the numerous legal deficiencies, history of delays of Debtor's bankruptcy petitions, and Secured Creditor joins in their objections.

6. Secured Creditor filed a foreclosure action (2016-029854-CA-01) on November 18, 2016 that has been pending due Debtor's bankruptcy petitions.

7. Debtor's 3rd Amended Plan [DE70], filed March 10, 2020, lists Secured Creditor under III.A#4, however, it no longer funds Secured Creditor properly and still incorrectly lists the subject property address as 18151 NE 31CT UNIT 1610. The correct property address is 18181 NE 31st CT unit 1610.

8. As Debtor's Motion is untimely, unsupported, and her counsel is not holding funds to reinstate, Secured Creditor Objects to Debtor's relief requested.

9. Secured Creditor reserves the right to supplement and/or amend this *Response* in the future.

**WHEREFORE**, Secured Creditor respectfully requests that this Court enter an Order denying the Debtor's Motion and awarding any and all other relief that this Court deems just and appropriate.

/s/ BRIAN L. ROSALER

**BRIAN L. ROSALER**
Florida Bar No.: 0174882
**POPKIN & ROSALER, P.A.**
Attorney for Secured Creditor
1701 West Hillsboro Boulevard, Ste 400
Deerfield Beach, FL  33442
Telephone: (954) 360-9030
Facsimile: (954) 420-5187
Email: bankruptcy@popkinrosaler.com

16-43665B2

**I HEREBY CERTIFY** that a true copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the below service list, this this   24   day of April , 2020.

Maria M Vallejo
18181 NE 31 CT Apt. 1610
North Miami Beach, FL 33160

Michael Marcer, Esq.
3850 Bird Road, Penthouse I
Coral Gables, FL 33146

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

             /s/ BRIAN L. ROSALER

         **BRIAN L. ROSALER**
         Florida Bar No.: 0174882
         **POPKIN & ROSALER, P.A.**
         Attorney for Secured Creditor
         1701 West Hillsboro Boulevard, Ste 400
         Deerfield Beach, FL  33442
         Telephone: (954) 360-9030
         Facsimile: (954) 420-5187
         Email: bankruptcy@popkinrosaler.com

16-43665B2